# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VALLEY MORTGAGE, INC. | ) | Case No. 10-19102 SBB |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| VMI LIQUIDATING TRUST DATED | ) | Adversary No.12-01269 SBB |
| DECEMBER, 16, 2011, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| COSTELLO IRA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 9/16/2014 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: November 13, 2014         BY THE COURT:

_____
United States Bankruptcy Court Judge